**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

USD... ..
DOCUMEN...
ELECTRONICALLY FILED
DOC #. _____
DATE FILED: 2/25/2020

KIM VASQUEZ

                           Plaintiff,                           13 **CIVIL** 5632 (SLC)

            -against-                                           **JUDGMENT**

THE COUNTY OF ROCKLAND, SGT.
KARL MUELLER, SGT. JOHN KLEBER,
CORRECTION OFFICER JOHN KEZEK,
AND CORRCTION OFFICER PAUL OBACZ,
IN THEIR INDIVIDUAL AND OFFICIAL
CAPACITIES AS CORRECTION OFFICERS
EMPLOYED BY THE COUNTY OF
ROCKLAND,
                           Defendants.
----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated February 24 2020, the Defendants' motion for

summary judgment pursuant to Federal Rule of Civil Procedure 56 is granted in its entirety and

all of Vasquez's claims are dismissed; accordingly, this case is closed. The Court further declines

to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c)(1)(A), as Vasquez has not

"made a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2),

**Dated:**  New York, New York
            February 25, 2020

                                               **RUBY J. KRAJICK**

                                               Clerk of Court

                              BY:

                                               Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/25/2020